```
         IN THE UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                   WESTERN DIVISION
```

JALISHA HILL                                            PLAINTIFF

VS.                               CAUSE NO.: 5:13-cv-198(DCB)(MTP)

CRACKER BARREL OLD COUNTRY
STORE, INC.; MICHAEL BROWN, IN HIS
OFFICIAL AND PERSONAL CAPACITIES;
AND DOE DEFENDANTS 1-10                                DEFENDANTS

## ORDER

This cause is before the Court on the plaintiff Jalisha Hill's motion to remand **(docket entry 4)**, and on the plaintiff's notice of withdrawal of the motion **(docket entry 9)**. The Court finds that in light of her withdrawal of her motion, the motion to remand should be denied as moot.

Accordingly,

IT IS HEREBY ORDERED that the plaintiff Jalisha Hill's motion to remand **(docket entry 4)** is DENIED AS MOOT.

SO ORDERED, this the 6th day of November, 2013.

                                  /s/ David Bramlette
                                  UNITED STATES DISTRICT JUDGE